# United States District Court
### Eastern District of Michigan

United States of America                **ORDER OF DETENTION PENDING TRIAL**
   v.
<u>Alfonso Jose Castaneda            /</u>       Case Number: 07-30288
      Defendant

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held.  I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I – Findings of Fact

☒ (1)  I find that:
    ☐ there is probable cause to believe that the defendant has committed an offense
    ☒ for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841 or 846;
    ☐ under 18 U.S.C. § 924(c).

☒ (2)  I further find that the defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings

☒ I find that the government has established by a preponderance of the evidence that there is a serious risk that the defendant will not appear.

☐ I find that the government has established by clear and convincing evidence that there is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II – Written Statement of Reasons for Detention

☒ I find that the credible testimony and information submitted at the hearing established the following factors under 18 U.S.C. § 3142(g):
    ☒ (a) nature of the offense - Large scale marijuana distribution conspiracy.
    ☒ (b) weight of the evidence - Strong, including surveillance and drug seizure.
    ☒ (c) history and characteristics of the defendant - Mexican national - permanent resident alien.
        ☐ 1) physical and mental condition -
        ☒ 2) employment, financial, family ties - Unemployed; no ties to this district. Family in California and Mexico. No assets. Multiple alias names.
        ☒ 3) criminal history and record of appearance - Misdemeanor convictions for battery, child cruelty and driving while suspended. Also wanted on warrant for arson in California.
    ☐ (d) probation, parole or bond at time of the alleged offense -
    ☐ (e) danger to another person or community -

This defendant faces substantial imprisonment upon conviction. He is an alien and would undoubtedly be deported upon conviction. He has no assets in the United States. The risk on non-appearance is substantial. Pretrial Services recommends detention, and I fully agree.

### Part III – Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

                        s/Donald A. Scheer
Date: June 12, 2007                *Signature of Judge*
                      Donald A. Scheer, United States Magistrate Judge
                      *Name and Title of Judge*